IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DAVID CLAPP**                                                                              **PLAINTIFF**

v.                               Case No. 3:21-CV-00227-JTK

**KILOLO KIJAKAZI**                                              **DEFENDANT**
**Acting Commissioner**
**Social Security Administration**

## ORDER

Pending before the Court is Plaintiff David Clapp's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"). (Doc. No. 21) Mr. Clapp requests a total of $4,069.89 (which includes $4,047.90 in fees and $21.99 in expenses). (Doc. No. 21) Defendant does not object to this award. (Doc. No. 23) After careful consideration, the Court finds that Mr. Clapp should be awarded reasonable attorney's fees.

EAJA fees are payable to plaintiffs, not plaintiffs' attorneys, and such fees are subject to an offset when a plaintiff has outstanding federal debts. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Therefore, subject to any offset, payment by check to the order of Mr. Clapp, in care of his attorney, will issue to his attorney.

Accordingly, the Motion for Attorney's Fees pursuant to the EAJA (Doc. No. 21) is GRANTED. Mr. Clapp is awarded $4,069.89.

SO ORDERED THIS 16th day of September, 2022.

                                                      _____
                                                      JEROME T. KEARNEY
                                                     UNITED STATES MAGISTRATE JUDGE